**UNITED STATES DISTRICT COURT**        **SOUTHERN DISTRICT OF TEXAS**

### HOUSTON DIVISION

Tyronzila L Hudson
   *Plaintiff(s),*

v.                                          Case No. 4:15−cv−01656

Baylor College of Medicine
   *Defendant(s).*

# NOTICE OF SETTING

## PLEASE TAKE NOTICE

HEARING:   **Miscellaneous Hearing**

DATE:   10/26/2016

TIME:   04:00 PM

HAS BEEN SET BEFORE

**JUDGE KEITH P. ELLISON**

**UNITED STATES COURTHOUSE**

**515 RUSK COURTROOM 3−A**

**HOUSTON, TEXAS 77002.**

ALL PARTIES MAY APPEAR BY TELEPHONE BY CALLING IN

ON THE COURT'S DIAL−IN NUMBER AT 713−250−5238.

**David J. Bradley, Clerk**

By Deputy A. Rivera                          Date: October 11, 2016